UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| MARJORIE BOHANNON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:11-CV-95 |
| v. | ) | *Lee* |
| | ) | |
| | ) | |
| RESTAURANT MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Plaintiff Marjorie Bohannon's Motion to Amend Complaint to Increase Ad Damnum [Doc. 11]. Plaintiff seeks to modify the ad damnum clause of the Complaint [Doc. 1-1] to reflect a damages request of up to $750,000.00 instead of the previously listed $350,000.00. Defendant has not filed a timely response to this motion and is therefore deemed to have waived any opposition to the request. *See* E.D. Tenn. L.R. 7.2.

Accordingly, the Court **GRANTS** Plaintiff's Motion to Amend Complaint to Increase Ad Damnum [Doc. 11] and **ORDERS** Plaintiff to file an Amended Complaint reflecting the new ad damnum clause on or before **September 16, 2011.**

SO ORDERED.

ENTER:

                                              s/ *Susan K. Lee*
                                              SUSAN K. LEE
                                              UNITED STATES MAGISTRATE JUDGE